In the United States
District Court For the
Middle District of Alabama
Northern Division

Orlando Bethel et. al,
vs,
The City of Selma

Civil Action No:
2:06-CV-870-MEF



Motion to Send
IFP Form for
Complaint

    Comes now the Plaintiff Requesting to be sent IFP filing paperwork for this Middle District of Alabama.
    The Plaintiff is filing suit, but desires fee to be waived based on his need to provide for his family and paying $350.00 will deny him this right and the plaintiff know they have a ligitimate claim for redress of government. Send two copies.
    Address:
    Orlando Bethel
    12724 D Hwy 90
    Loxley, Alabama
        36551